IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson-Cresswell, Sharon B

Printed: 12/10/08

Case Number: 05 B 59126
Judge: Squires, John H
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 5, 2008
Confirmed: December 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,480.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,522.15 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,594.00 |
| Trustee Fee: |  | 363.85 |
| Other Funds: |  | 0.00 |
| Totals: | 6,480.00 | 6,480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | Capital One | Unsecured | 103.54 | 372.02 |
| 3. | Brother Loan & Finance | Unsecured | 54.19 | 181.92 |
| 4. | HSBC Auto Finance | Unsecured | 895.66 | 1,178.50 |
| 5. | Triad Financial Services | Unsecured | 873.00 | 0.00 |
| 6. | Capital One | Unsecured | 82.53 | 296.54 |
| 7. | ACN Communication Services | Unsecured | 22.74 | 70.96 |
| 8. | Portfolio Recovery Associates | Unsecured | 39.32 | 131.99 |
| 9. | ECast Settlement Corp | Unsecured | 125.03 | 449.24 |
| 10. | Merrick Bank | Unsecured | 85.87 | 308.55 |
| 11. | RoundUp Funding LLC | Unsecured | 148.18 | 532.43 |
| 12. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 13. | MCI | Unsecured |  | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Unsecured |  | No Claim Filed |
| 15. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,024.06 | $ 6,116.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 41.61 |
| 5% | 14.21 |
| 4.8% | 27.23 |
| 5.4% | 177.63 |
| 6.5% | 85.77 |
| 6.6% | 17.40 |
|  | $ 363.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson-Cresswell, Sharon B | Case Number: 05 B 59126 |
| | Judge: Squires, John H |
| Printed: 12/10/08 | Filed: 10/16/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                           Marilyn O. Marshall, Trustee, by:

